JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ISENSE ACQUISITION, LLC, a Delaware limited liability company; ISENSE CGM, INC., an Oregon corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV 15-03561 DDP-RAO<br><br>**JUDGMENT**<br><br>Action Filed: May 12, 2015 |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Plaintiff GemCap Lending I, LLC and against Defendants iSense Acquisition, LLC and iSense CGM, Inc., joint and severally, in the amount of $1,107,258.05.

DATED: June 15, 2015

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2642530.1